FILED

2026 Feb-23 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court

## for the
### NORTHERN DISTRICT OF ALABAMA
### Northeastern Division

|  |  |
|---|---|
| *Plaintiff,*<br>(Write your full name. No more than one plaintiff may be named in a pro se complaint)<br><br>Meaghan Morris<br><br>v.<br><br>Raytheon Technologies Corporation<br>1000 Wilson Blvd<br>Arlington, VA 22209<br><br><br><br>*Defendant(s),*<br>(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names) | Case No.: _____<br>*(to be filled in by the Clerk's Office)*<br><br>JURY TRIAL ☒ Yes ☐ No |

C FILED

2026 FEB 23 A 9:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff**

| | |
|---|---|
| Name | Meaghan Morris |
| Street Address | 25515 Evanford Drive |
| City and County | Athens, Limestone County |
| State and Zip Code | AL 35613 |
| Telephone Number | 5758004584 |
| E-mail Address *(if known)* | meaghanmorris25@gmail.com |

☒   **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

02/20/2026
**Date**

**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Raytheon Technologies Corporation |
| Job or Title *(if known)* | |
| Street Address | 1000 Wilson Blvd |
| City and County | Arlington |
| State and Zip Code | VA 22209 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Raytheon Technologies Corporation |
| Street Address | Telecommute from home |
| City and County | Athens, Limestone County |
| State and Zip Code | AL 35613 |
| Telephone Number | 5758004584 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☒ Failure to accommodate my disability

☒ Unequal terms and conditions of my employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s):
May 2021 - June 30, 2025

C.  I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me

☒  is/are not still committing these acts against me

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race _____

☐  color _____

☒  gender/sex      Female; reported sexual harassment and gender based discrimination

☐  religion _____

☐  national origin _____

☐  age *(year of birth)* _____

*(only when asserting a claim of age discrimination)*

☒  disability or perceived disability *(specify disability)* Traumatic brain injury;

migraine disorder; panic disorder; major depressive disorder; endocrine and related neurological impairments

E.  The facts of my case are as follows. Attach additional pages if needed. _____

1. Plaintiff was employed by Defendant and assigned to a remote core team position.

2. Plaintiff reported sexual harassment and discrimination based on sex and disability.

3. After reporting, Plaintiff experienced retaliation and hostility.

4. In August 2022, following escalating workplace hostility and retaliation following HR and Ethics complaints, Human Resources recommended medically certified leave due to anxiety, depression, and panic disorder. Plaintiff took leave from late August - late November 2022 then returned to work

5. Plaintiff requested accommodations based on return to work conditions provided by medical team.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Additional Facts

6. Defendant failed to comply with approved accommodations.

7. In the first week of June 2023, after requesting accommodations and informing her supervisor that additional medical leave would be required for migraine disorder treatment, Plaintiff was informed that she had been selected for layoffs.

8. In June 2023, Plaintiff was notified that she had been selected for layoff as part of a reduction in force, with an anticipated separation date in or about August 2023. Under Defendant's policy, employees selected for layoff were required to remain actively working through the two-month notice period in order to receive severance benefits.

9. That same week, Plaintiff suffered a fall resulting in traumatic brain injury and related medical conditions, requiring medically certified leave beginning in June 2023.

10. Plaintiff remained on continuous medically certified leave beginning in June 2023. Pursuant to Defendant's leave policy, her employment continued in administrative leave status until she reached the maximum leave period, and her termination became effective June 30, 2025.

11. In or about July 2024, while Plaintiff remained on medically certified leave and prior to her formal termination date, Defendant reposted and sought applicants for the same or substantially similar position that had previously been represented as eliminated due to redundancy. A replacement was hired in or about September 2024.

12. Plaintiff's position had previously been represented as eliminated due to redundancy.

13. Defendant's medical leave coordinator interfered with approved leave.

14. Plaintiff declined to sign a severance waiver requiring release of all legal claims.

15. No documented performance discipline or corrective action existed prior to Plaintiff's selection for layoff.

16. Defendant provided differing explanations for Plaintiff's selection in the reduction in force, initially stating the position was eliminated due to redundancy and later referencing alleged performance concerns.

17. Defendant administers a self-funded disability plan. During Plaintiff's medically certified leave Defendant denied short-term and long-term disability benefits.

18. Plaintiff was informed that payment of short-term and long-term disability benefits would require execution of a release of legal claims.

19. Plaintiff suffered loss of wages and benefits, emotional distress, and ongoing medical harm.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 06/30/2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter

☒   issued a Notice of Right to Sue letter, which I received on *(date)*: 11/26/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed

☐   less than 60 days have elapsed

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests the following relief:

1. Back pay including lost wages, salary, annual performance bonuses, merit-based salary increases, and employment benefits from June 30, 2025 through the date of judgment. Plaintiff's base annual salary at termination was approximately $137,425. Plaintiff historically received annual company performance bonuses ranging from approximately $4,500 to $7,000 and merit increases ranging from approximately 3% to 7% of base salary. Back pay to date exceeds $95,000 and continues to accrue, inclusive of salary, bonus eligibility, and merit-based increases. Back pay continues to accrue and will be proven at trial. These lost earnings include the compounding effect of annual merit increases and bonus eligibility

2. Payment of short-term disability benefits in the approximate amount of $26,428, representing ten weeks of income at 100% of Plaintiff's salary pursuant to Defendant's self-funded disability plan.

3. Payment of long-term disability benefits in the approximate amount of $206,137 to date, representing 60% of Plaintiff's salary from the expiration of short-term disability through the present. These damages continue to accrue.

4. Front pay in lieu of reinstatement, in an amount to be determined at trial, representing future lost wages and benefits resulting from Defendant's actions.

5. Compensation for lost employment benefits including retirement contributions, employer-paid health benefits, and other compensation lost as a result of termination, in an amount to be proven at trial.

6. Compensatory damages for emotional distress and non-economic harm, in an amount not to exceed the statutory cap permitted under applicable federal law.

7. Punitive damages as permitted by law, not to exceed the statutory cap under applicable federal law.

8. Pre-judgment and post-judgment interest, costs of this action, and any other relief the Court deems just and proper.

## VI.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 02/20/2026

Signature of Plaintiff: _____

Printed Name of Plaintiff: Meaghan Morris

### B.   For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____